# Exhibit A



FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

George Gilmore
(Enter the full name of the plaintiff or plaintiffs)

02cv4379

v.

Philadelphia Police officer Charles Layton and officer Goodwin
(Enter the full name of the defendant or defendants)

FILED
JUN 30 2003
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

II. PARTIES

a. Plaintiff

Full name: George Gilmore

Prison identification number: EM7340

Place of present confinement: S.C.I. Houtzdale

Address: P.O. Box 1000, Houtzdale, PA 16698-1000

Place of confinement at time of incidents or conditions alleged in complaint, including address:

_____

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Officer Charles Layton, Badge # 9942

   Place of employment and section or unit: 26th Police District

2. Full name including title: first name N/A, Officer Goodwin #5643

   Place of employment and section or unit: 26th Police District

3. Full name including title: _____

   Place of employment and section or unit: _____

4. Full name including title: _____

   Place of employment and section or unit: _____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

*III. PREVIOUS LAWSUITS*

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

   *Plaintiffs* _____

   *Defendants* _____

*Issues:* _____

_____

*Court: if federal, which district?* _____

    *if state, which county?* _____

**Docket number:** _____ **Date filed:** _____

**Name of presiding judge:** _____

**Disposition: (check correct answer(s)); Date:** _____

   Dismissed ___ Reason? _____

   Judgment ___ In whose favor? _____

   Pending ___ Current status? _____

   Other ___ Explain _____

   Appeal filed? ___ Current status? _____

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

*IV. ADMINISTRATIVE REMEDIES*

*Instructions:*

Provide the information requested below if there is an **administrative procedure** to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   Type of procedure. (grievance, disciplinary review, etc.)
   _____

   Authority for procedure. (DC-ADM, inmate handbook, etc.)
   _____

   Formal or informal procedure. _____

   Who conducts the initial review? _____
   _____

   What additional review and appeals are available? _____
   _____
   _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   On what date did you request initial review? _____

   What action did you ask prison authorities to take? _____
   _____

   What response did you receive to your request? _____
   _____

   What further review did you seek and on what dates did you file the requests? _____
   _____
   _____

   What responses did you receive to your requests for further review?
   _____
   _____
   _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.
   _____
   _____
   _____

Page 3

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

*Statement of claim:*

① On May 18, 2000, I George Gilmore was handcuffed and placed under arrest and beaten at 2217 N. Hancock Street in Philadelphia by both P/o Layton #9942 and P/o Goodwin #5643 ② while handcuffed both officer's began punching me to my face cutting me open around my right eye and upper right cheek ③ They then pushed me down to the floor where they began kicking and stomping on me causing injuries to my back and after being beat from five to ten minutes, I was taken to the Hospital for my injuries. ④ I have Hospital reports that has my listed injuries. ⑤ I have not been found guilty of any assaults to the officer's or resisting arrest.

## VI. RELIEF

*Instruction: Briefly state exactly what you want the Court to do for you.*

*Relief sought:*

For this court to award me compensation for my injuries I sustained from the wrongdoings of those responsible and for my pain and suffering, mental anguish, stress and for the violations of my 8th amendment rights

## VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

6/27/2002
DATE

George Gilmore
SIGNATURE OF PLAINTIFF(S)

Page 4