# Exhibit B

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-cv-04379-JG

GILMORE v. OFFICER CHARLES LAYTON et al
Assigned to: CHIEF JUDGE JAMES T. GILES
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/01/02
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**GEORGE GILMORE**          represented by **GEORGE GILMORE**
SCI HOUTZDALE
EM 7340
P.O. BOX 1000
HOUTZDALE, PA 16698-1000
PRO SE

V.

**Defendant**
-----------------------

**PHILADEL POLICE OFFICER CHARLES LAYTON**

**OFFICER GOODWIN**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/01/2002 | 1 | APPLICATION for Leave to Proceed in forma pauperis filed by GEORGE GILMORE [pla]. (iy, ) (Entered: 07/02/2002) |
| 07/08/2002 | 2 | MEMORANDUM AND ORDER THAT PETITION IS DENIED WITHOUT PREJUDICE TO ITS REASSERTION IN ACCORDANCE WITH THE TERMS OF THIS ORDER; IF PLFF FILES WITH THE COURT, WITHIN TWENTY DAYS A NOTICE THAT HE WISHES TO PROCEED WITH THIS ACTION, ETC. AND THE CLERK OF COURT SHALL CLOSE THIS ACTION STATISTICALLY.. SIGNED BY JUDGE JAMES T. GILES 7/08/02.7/10/02 ENTERED AND COPIES MAILED. (lvj, ) (Entered: 07/10/2002) |

| | | |
|---|---|---|
| 06/30/2003 | 3 | ORDER THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED, THE COMPLAINT IS TO BE FILED, THE SUMMONSES ARE TO ISSUE, SERVICE OF THE SUMMONS AND COMPLAINT IS TO BE MADE UPON THE DEFENDANTS BY THE UNITED STATES MARSHAL SERVICE IN THE EVENT THAT WAIVER OF SERVICE IS NOT EFFECTED UNDER FED. R. CIV P. 4(d)(2). TO EFFECT WAIVER OF SERVICE THE CLERK OF COURT IS SPECIALLY APPOINTED TO SERVE WRITTEN WAIVER REQUESTS ON THE DEFENDANTS, ETC. SIGNED BY JUDGE JAMES T. GILES ON 6/30/03. 7/1/03 ENTERED AND COPIES MAILED.(jpd, ) (Entered: 07/01/2003) |
| 06/30/2003 | 4 | COMPLAINT against OFFICER GOODWIN, PHILADEL POLICE OFFICER CHARLES LAYTON , filed by GEORGE GILMORE. (jpd, ) (Entered: 07/01/2003) |
| 07/01/2003 | 5 | REQUEST FOR WAIVER of Service sent to DEFENDANTS on 7/1/03 by GEORGE GILMORE.Waiver of Service due by 7/31/2003. (jpd, ) (Entered: 07/01/2003) |
| 07/01/2003 | 6 | Notice to Plaintiff re: Waiver of Service. (jpd, ) (Entered: 07/01/2003) |
| 07/02/2003 | 7 | ORDER THAT: PLFF, GEORGE GILMORE, EM-7340, SHALL PAY THE FILING FEE OF $150; THE CLERK OF COURT IS DIRECTED TO FORWARD A COPY OF THIS ORDER TO THE SUPERINTENDENT OF S.C.I. HOUTZDALE; AND THE CLERK OF COURT IS DIRECTED TO REOPEN THIS CASE STATISTICALLY. SIGNED BY JUDGE JAMES T. GILES ON 7/2/03. 7/7/03 ENTERED AND COPIES MAILED.(fb) (Entered: 07/07/2003) |
| 07/21/2003 | | Filing fee: $ 5.70, receipt number 895324 (lvj, ) (Entered: 07/22/2003) |
| 08/06/2003 | | Summons Issued as to OFFICER GOODWIN, PHILADEL POLICE OFFICER CHARLES LAYTON. Forwarded To: U.S. MARSHALS on 8/6/03 (lvj, ) (Entered: 08/06/2003) |
| 08/18/2003 | | Filing fee: $ 4.42, receipt number 2031 (lvj, ) (Entered: 08/19/2003) |
| 08/26/2003 | 8 | Summons Returned Unexecuted by GEORGE GILMORE as to OFFICER GOODWIN, PHILADEL POLICE OFFICER CHARLES LAYTON. (lvj, ) (Entered: 08/27/2003) |
| 09/17/2003 | | Filing fee: $ 4.97, receipt number 3662 (lvj, ) (Entered: 09/18/2003) |
| 10/06/2003 | 9 | ORDER THAT THE CLERK OF THIS COURT SHALL ISSUE AN |

| | | |
|---|---|---|
| | | AMENDED SUMMONS IN THIS CIVIL ACTION TO CITY OF PHLADELPHIA POLICE OFFICER CHARLES LAYTON, BADGE #5942 AND IT IS FURTHER ORDERED THAT THE CLERK OF THIS COURT SHALL ISSUE AN AMENDED SUMMONS IN THIS CIVIL ACTION TO CITY OF PHILADELPHIA POLICE OFFICER JOSEPH GOODWIN, BADGE #5643. SIGNED BY JUDGE JAMES T. GILES ON 10/06/03. 10/07/03 ENTERED AND COPIES MAILED.(lvj, ) (Entered: 10/07/2003) |
| 10/06/2003 | | 1 Amended Summons Issued as to City of Philadelphia Police Officer CHARLES LAYTON Badge Number 5942. Forwarded To: U.S. MARSHAL on 10/7/03 (lvj, ) (Entered: 10/07/2003) |
| 10/06/2003 | | 1 Amended Summons Issued as to City of Philadelphia Police Officer Joseph Goodwin, Badge Number 5643. Forwarded To: U.S. Marshal on 10/07/03 (lvj, ) (Entered: 10/07/2003) |
| 10/23/2003 | | Filing fee: $ 6.29, receipt number 5467 (gs, ) (Entered: 11/06/2003) |
| 11/26/2003 | | Filing fee: $ 4.89, receipt number 6873 (gs, ) (Entered: 12/04/2003) |
| 01/16/2004 | | Amended Summons Issued as to OFFICER GOODWIN, PHILADELPHIA POLICE OFFICER CHARLES LAYTON. Forwarded To: U.S. MARSHAL on 1/16/04 (lvj, ) (Entered: 01/16/2004) |
| 01/23/2004 | | Filing fee: $ 13.90, receipt number 40110127 (mdg, ) (Entered: 01/26/2004) |
| 02/12/2004 | 10 | SUMMONS Returned Executed by GEORGE GILMORE re: U.S. Marshals served Summons and Complaint upon LISA STAHL on behalf of OFFICER GOODWIN, PHILADEL POLICE OFFICER CHARLES LAYTON by Personal Service. OFFICER GOODWIN served on 2/4/2004, answer due 2/24/2004; PHILADEL POLICE OFFICER CHARLES LAYTON served on 2/4/2004, answer due 2/24/2004. (mar, ) (Entered: 02/12/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/13/2004 10:53:47 | | | |
| PACER Login: | cp0094 | Client Code: | |
| Description: | Docket Report | Case Number: | 2:02-cv-04379-JG |

| Billable Pages: | 2 | Cost: | 0.14 |