IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE GILMORE | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA POLICE OFFICER CHARLES LAYTON, et al. | : | NO. 02-4379 |

**ORDER**

AND NOW, this ___ day of February, 2004, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), it is hereby ORDERED as follows:

1. Defendants' motion is GRANTED. Plaintiff filed his complaint more than two years after the alleged injury occurred, and therefore his claims are untimely.

2. All claims against defendants are DISMISSED with prejudice.

BY THE COURT:

_____
JAMES T. GILES       C.J.

copies by FAX on
to