IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE GILMORE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE OFFICER | : | |
| CHARLES LAYTON, et al. | : | NO. 02-4379 |

## ORDER

AND NOW, this ___ day of March, 2004, upon consideration of Petitioner's Request for Enlargement of Time to File Objection to Defendant's Motion to Dismiss, it is hereby ORDERED that petitioner's motion is DENIED as MOOT.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to