IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE GILMORE                                       02-4379
                                              District Court Docket Number
         vs.

PHILADELPHIA POLICE OFFICER CHARLES LAYTON, ETAL

Notice of Appeal Filed 5/14/04
Court Reporter(s)/ESR Operator(s)         N/A

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid   __Seaman
    Docket Fee       __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: JUDGE GILES
    APPEALS CLERK
    USCA

                                    Defendant's Address (for criminal appeals)

_____
_____
_____

                          Prepared by : _____
                                    LINDA V.JERRY, Deputy Clerk Signature/Date

        PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
           THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm
                     IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEYBOARD()

        KEYBOARD()
        District Court Docket Number

vs.

KEYBOARD()

Notice of Appeal Filed KEYBOARD()
Court Reporter(s)/ESR Operator(s)   KEYBOARD()
        KEYBOARD()
        KEYBOARD()

Filing Fee:
   Notice of Appeal KEYBOARD() Paid  KEYBOARD() Not Paid  KEYBOARD() Seaman
   Docket Fee       KEYBOARD() Paid  KEYBOARD() Not Paid  KEYBOARD() USA/VI

CJA Appointment (Attach Copy of Order)

 KEYBOARD() Private Attorney
 KEYBOARD() Defender Association or Federal Public Defender
 KEYBOARD() Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

 KEYBOARD() Motion Granted
 KEYBOARD() Motion Denied
 KEYBOARD() Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

 KEYBOARD() Granted
 KEYBOARD() Denied
 KEYBOARD() Pending

CC: KEYBOARD()
    KEYBOARD()
    KEYBOARD()
    KEYBOARD()

        Defendant's Address (for criminal appeals)
        KEYBOARD()
        KEYBOARD()
        KEYBOARD()
        KEYBOARD()

        Prepared by : _____
        KEYBOARD(),Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm